AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARK ESQUIBEL

Plaintiff (s),

v.

KINDER MORGAN ENERGY PARTNERS L.P.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:21-cv-02510-WHO

Notice is hereby given that, subject to approval by the court, Plaintiff, MARK ESQUIBEL substitutes
(Party (s) Name)

DONALD C. SCHWARTZ , State Bar No. 122476 as counsel of record in
(Name of New Attorney)

place of DANIEL J. RUSSO
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Donald C. Schwartz

Address: 7960-B Soquel Drive, No. 291, Aptos, CA 95003

Telephone: (831) 331-9909       Facsimile: (815) 315-6556

E-Mail (Optional): donald@lawofficedonaldschwartz.com

I consent to the above substitution.

Date: 5-24-2023

MARK ESQUIBEL
/s/ Mark Esquibel
(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 24, 2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 9, 2023

/s/ W. H. O.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]